**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BANNEKER VENTURES, LLC )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JIM GRAHAM )<br>In His Official and Personal Capacities )<br>)<br>JOSHUA A. ADLER )<br>In His Official and Personal Capacities )<br>)<br>ROBB M. LAKRITZ )<br>In His Official and Personal Capacities )<br>)<br>LAKRITZ ADLER DEVELOPMENT, )<br>LLC )<br>)<br>And )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>Defendants ) | Case No.: 1:13-CV-00391 (RMC) |

## NOTICE OF APPEAL

Notice is hereby given that, Banneker Ventures, LLC, the plaintiff in the above named case, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Final Appealable Order and underlying memorandum opinion entered on February 6, 2014, granting the motions to dismiss filed by defendants Graham, LaKritz, Adler and LaKritz Adler Development, LLC, dismissing the Amended Complaint, and closing the instant case; as well as the District Court's Order and underlying memorandum opinion entered

on December 11, 2013, granting WMATA's motion to dismiss and dismissing WMATA as a defendant in the instant case.

Respectfully Submitted,

_____/s/_____
Brian K. McDaniel
McDaniel & Asso. P.A
1025 First Street S.E.
Penthouse 13
Washington, D.C. 20003
Email:  bkmassociates@aol.com
Telephone: (202) 331 – 0793


_____/s/_____
Jerry L. Malone
Malone Law Firm
D.C. Bar # 482031
5 Choke Cherry Road
Suite 378
Rockville, MD 20850
Telephone: (202) 320-0258
Email: Jerry@JLMaloneLaw.com