UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNEKER VENTURES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13-cv-00391-RMC |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and District of Columbia Local Rule 84.7(d), Plaintiff, Banneker Ventures, LLC ("Banneker"), and Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby stipulate to the dismissal of all claims and counterclaims asserted by Banneker and WMATA in this action with prejudice. The Parties will bear their own costs.

Dated this 8th day of May, 2018.

_____/s/ Geoffrey T. Hervey_____

Geoffrey T. Hervey, #415907
Bregman, Berbert, Schwartz & Gilday, LLC
Suite 800 West
7315 Wisconsin Avenue
Bethesda, Maryland 20814
Telephone: 301-656-2707
Facsmile: 301-961-6525
ghervey@bregmanlaw.com
*Counsel for Washington Metropolitan Area Transit Authority*

_____/s/ Mark A. Grannis_____

Mark A. Grannis, #429268
Harris, Wiltshire & Grannis, LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
mgrannis@hwglaw.com

*Counsel for Banneker Ventures, LLC and Omar Karim*